UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

**ELECTRONICALLY FILED**

CIVIL ACTION NO. 5:19-cv-00088-KKC

JOSHUA CARTER, and
KYLE McMENAMA                                                                    PLAINTIFFS

v.                             **STIPULATION OF DISMISSAL**

CSL PLASMA INC.                                                                  DEFENDANT

*** *** *** *** ***

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), Plaintiffs Joshua Carter and Kyle McMenama, and Defendant CSL Plasma Inc., by and through counsel, HEREBY STIPULATE that all claims asserted by the Plaintiffs against the Defendant are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorney fees.

SO STIPULATED.

<div style="margin-left:50%">

Thomas K. Herren (w/permission by DCY)
Herren & Adams LLP
148 N. Broadway
Lexington, KY 40507
Email: tom.herren@herrenadams.com
*Counsel for Plaintiffs*

and

/s/ D. Craig York
D. Craig York
DINSMORE & SHOHL LLP
101 South Fifth Street
Suite 2500
Louisville, Kentucky 40202
Telephone: (502) 540-2300
Facsimile (502) 585-2207
Email: craig.york@dinsmore.com
*Counsel for Defendant, CSL Plasma Inc.*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was this 10th day of June 2020 electronically filed through the CM/ECF system and a copy served via the Court's CM/ECF system upon:

Thomas K. Herren
Herren & Adams LLP
148 N. Broadway
Lexington, KY 40507
tom.herren@herrenadams.com
*Counsel for Plaintiffs*

/s/ D. Craig York
*Counsel for Defendant, CSL Plasma Inc.*