UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| **JOSHUA CARTER and KYLE MCMENAMA,**  Plaintiffs,  V.  **CSL PLASMA, INC.,**  Defendant. | **CIVIL ACTION NO. 5:19-88-KKC-MAS**  **ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on a joint stipulation of dismissal. The parties having jointly stipulated to the dismissal of this matter with prejudice (DE 14), the Court hereby ORDERS that this matter shall be DISMISSED with prejudice and STRICKEN from the active docket of the Court.

Dated June 10, 2020



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY